BESSIE PASCALE, Appellant, v. DANIEL PASCALE, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars

costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.